**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00891-CV

**FIRST BANK & TRUST COMPANY, ET AL., Appellant**

**V.**

**CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## ORDER

Before the Court is appellant's unopposed motion for an extension of time to file its jurisdiction brief. We **GRANT** the motion. Appellant shall file its jurisdiction letter brief on or before September 8, 2014. Appellee may file its responsive letter brief within 10 days of the filing of appellant's jurisdiction letter brief. The Court **SUSPENDS**, pending further order of the Court, any briefing deadlines in this case other than the deadlines set forth in this order regarding jurisdictional briefing.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE